UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CONNIE COOPER, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:07-0018 |
| | ) | Judge Trauger |
| v. | ) | |
| | ) | Magistrate Judge Griffin |
| WYNDHAM VACATION RESORTS, INC., | ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion for Summary Judgment (Docket No. 42) filed by the defendant, Wyndham Vacation Resorts, Inc., is **GRANTED**, and this case is **DISMISSED**. Entry of this Order shall constitute the judgment in this action.

It is so ordered.

Enter this 24th day of July 2008.

ALETA A. TRAUGER
United States District Judge